1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LARRY V. MITCHELL, an individual, | CASE NO.: 4:13-CV-00197-SC |
|---|---|
| Plaintiff, | [The Honorable Samuel Conti] |
| v. | **[PROPOSED]** ORDER GRANTING AMENDED STIPULATION TO EXTEND DATE TO FILE MOTION TO DISMISS COMPLAINT |
| WELLS FARGO, N.A., a business entity form unknown; CAL-WESTERN RECONVEYANCE, a California Corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

After consideration of the Stipulation of Plaintiff Larry V. Mitchell ("Plaintiff") and Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as Wells Fargo, N.A.) ("Wells Fargo") by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

/ / /

/ / /

/ / /

1. The parties' amended stipulation is GRANTED.
2. Wells Fargo has until February 7, 2013 to file its Motion to Dismiss the Complaint.

**IT IS SO ORDERED.**

Dated: 1/29/13

HONORABLE _____ UNITED ST_____ JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO EXTEND DATE TO FILE MOTION TO DISMISS COMPLAINT**

on the interested parties in said case as follows:

**Served Via the Court's CM/ECF System**

*Attorneys for Plaintiff Larry V. Mitchell*

Luis W. Camacho
Ravi Sakthivel
Camacho & Associates
1735 N. 1st Street, Suite 245
San Jose, California 95112
Tel: (408) 579-1970
Fax: (408) 579-1975

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on January 25, 2013.

|  |  |
|---|---|
| Rachelle H. Guillory | */s/ Rachelle H. Guillory* |
| (Type or Print Name) | (Signature of Declarant) |